IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HECTOR J. CHAVEZ,** | CIV S-07-1561-MCE-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **GEORGE M. GALAZA,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for a 30-day enlargement of time is granted. A response to the petition for writ of habeas corpus shall be filed on or before October 17, 2007.

September 13, 2007

_____

**CRAIG M. KELLISON**

UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1